# MANDATE

S.D.N.Y.
06-cv-14377
Wood, C.J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 10th day of April, two thousand nine,

Present:
>     Hon. Chester J. Straub,
>     Hon. Rosemary S. Pooler,
>     Hon. Reena Raggi,
>           *Circuit Judges.*



Gerard O'Neill,

>     *Plaintiff-Appellant*,

v.                                                                 08-5926-cv

New York City Housing Authority, *et al.*,

>     *Defendants-Appellees.*

Appellant, *pro se*, moves for *in forma pauperis* status. Upon due consideration, it is hereby ORDERED that the motion is denied and the appeal is DISMISSED, because it is without an arguable basis in law or fact. *See* 28 U.S.C. § 1915(e); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

>                 FOR THE COURT:
>                 Catherine O'Hagan Wolfe, Clerk
>
>                 By: _____

SAO-JLS

ISSUED AS MANDATE: 5/1/09